UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SIEMENS CORPORATION, a foreign profit corporation; SIEMENS INDUSTRY, INC., a foreign profit corporation; SIEMENS INDUSTRY SOFTWARE INC., a foreign profit corporation; SIEMENS MEDICAL SOLUTIONS USA, INC., a foreign profit corporation; SIEMENS ADVANTA SOLUTIONS CORP., a foreign profit corporation; SIEMENS ENERGY DEMAG DELAVAL TURBOMACHINERY, INC., a foreign profit corporation; SIEMENS ENERGY GENERATION SERVICES COMPANY, a foreign profit corporation; SIEMENS ENERGY STAFFING, INC., a foreign profit corporation; SIEMENS ENERGY, INC., a foreign profit corporation; SIEMENS FINANCIAL SERVICES, INC., a foreign profit corporation; SIEMENS GAM.ESA RENEWABLE ENERGY, INC., a foreign profit corporation; SIEMENS GOVERNMENT | Case No. 2:24-cv-01265<br><br>**DECLARATION OF DENISE K. DRAKE** |

DECLARATION OF DENISE K. DRAKE - 1
(Case No. 2:24-cv-01265)

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

DKDRA\97263217.6

TECHNOLOGIES, INC, a foreign profit corporation; SIEMENS HEALTHCARE DIAGNOSTICS INC., a foreign profit corporation; SIEMENS LOGISTICS LLC, a foreign limited liability company; SIEMENS MOBILITY, INC., a, foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,

Defendant.

I, Denise K. Drake, declare under penalty of perjury the following:

1. I am an attorney[1] for Defendants Siemens Corporation; Siemens Industry, Inc.; Siemens Industry Software Inc.; Siemens Medical Solutions USA, Inc.; Siemens Advanta Solutions Corp.;[2] Siemens Energy Demag Delaval Turbomachinery, Inc.; Siemens Energy Generation Services Company; Siemens Energy Staffing, Inc.; Siemens Energy, Inc.; Siemens Financial Services, Inc.; Siemens Gamesa Renewable Energy, Inc.; Siemens Government Technologies, Inc.; Siemens HealthCare Diagnostics Inc.; Siemens Logistics LLC (collectively, the "Unrelated Defendants"), and Siemens Mobility, Inc. ("Siemens Mobility").

2. I submit this Declaration in Support of the Notice of Removal to Federal Court filed by Siemens Mobility, Inc., based on investigation and personal knowledge.

3. Attached to this Declaration as Exhibit 1 is a true and correct copy of Plaintiff's Class Action Complaint for Damages, Injunctive Relief, and Declaratory Relief ("Plaintiff's Complaint"), dated July 15, 2024.

4. Attached to this Declaration as Exhibit 2 is a true and correct copy of Plaintiff's 20-day Summons to Defendants, dated July 15, 2024.

---

[1] I will be filing a motion for pro hac vice admission, asking that this Court please allow me to appear as an attorney in this matter, shortly after this matter is removed.
[2] Advanta Solutions no longer exists as a separate company. It is part of Siemens Industry, Inc.

DECLARATION OF DENISE K. DRAKE - 2
(Case No. 2:24-cv-01265)



POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

DKDRA\97263217.6

5. Attached to this Declaration as Exhibit 3 is a true and correct copy of the Case Information Cover Sheet and Area Designation filed in support of Plaintiff's Class Action Complaint for Damages, dated July 15, 2024.

6. Attached to this Declaration as Exhibit 4 is a true and correct copy of the Order Setting Civil Case Schedule issued by the King County Superior Court, dated July 15, 2024.

7. Attached to this Declaration as Exhibit 5 is a true and correct copy of the Declaration of Service of Summons and Complaint showing service upon Siemens Mobility, Inc.

8. Attached to this Declaration as Exhibit 6 are true and correct copies of the Declarations of Service for each of the other named Defendants in King County Superior Court Case No. 24-2-15730-1, dated July 22, 2024.

9. Exhibits 1 to 6 to this Declaration constitute all of the process, pleadings, and orders either served upon Defendants or filed by any party in this action.

10. Defendants Siemens Corporation; Siemens Industry, Inc.; Siemens Industry Software Inc.; Siemens Medical Solutions USA, Inc.; Siemens Advanta Solutions Corp.;[3] Siemens Energy Demag Delaval Turbomachinery, Inc.; Siemens Energy Generation Services Company; Siemens Energy Staffing, Inc.; Siemens Energy, Inc.; Siemens Financial Services, Inc.; Siemens Gamesa Renewable Energy, Inc.; Siemens Government Technologies, Inc.; Siemens HealthCare Diagnostics Inc.; and Siemens Logistics LLC (collectively, the "Unrelated Defendants") **consent** to the removal of this action by Defendant Siemens Mobility, Inc.

11. None of the Unrelated Defendants have voluntarily invoked or submitted to the jurisdiction of the Superior Court of the State of Washington for the County of King in any manner in this action.

12. No further proceedings have been had in the state court as of the date of the Notice of Removal, and no trial date has been set.

---

[3] Advanta Solutions no longer exists as a separate company. It is part of Siemens Industry, Inc.

DECLARATION OF DENISE K. DRAKE - 3
(Case No. 2:24-cv-01265)


1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

DKDRA\97263217.6

13. None of the Unrelated Defendants are citizens of the state of Washington.

14. The following chart, based upon investigation, good faith information, and belief, identifies the states of incorporation and principal places of business for the Unrelated Defendants:

| Unrelated Defendant | Incorporated | Principal Place of Business |
|---|---|---|
| Siemens Corporation | Delaware | Washington DC |
| Siemens Industry, Inc. | Delaware | Georgia |
| Siemens Industry Software Inc. | Delaware | Texas |
| Siemens Medical Solutions USA, Inc. | Delaware | Pennsylvania |
| Siemens Advanta Solutions Corp.* | Delaware | Minnesota |
| Siemens Energy Demag Delaval Turbomachinery, Inc. | Delaware | New Jersey |
| Siemens Energy Generation Services Company | Delaware | Florida |
| Siemens Energy Staffing, Inc. | Delaware | Florida |
| Siemens Energy, Inc. | Delaware | Florida |
| Siemens Financial Services, Inc. | Delaware | New Jersey |
| Siemens Gamesa Renewable Energy, Inc. | Delaware | Florida |
| Siemens Government Technologies, Inc. | Delaware | Virginia |
| Siemens HealthCare Diagnostics Inc. | Delaware | New York |
| Siemens Logistics LLC | Delaware | Texas |
| Siemens Mobility, Inc. | Delaware | New York |

* Siemens Advanta Solutions Corp. no longer exists. It merged into Siemens Industry, Inc.

15. I declare under penalty of perjury under the laws of the States of Washington and Missouri, and the United States of America, that the foregoing is true and correct.

//

//

//

//

EXECUTED on August 15, 2024, in Kansas City, Missouri.

DECLARATION OF DENISE K. DRAKE - 4
(Case No. 2:24-cv-1265)



POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

DKDRA\97263217.6

1
2
3
4

*Denise K. Drake* (signature)

**Denise K. Drake**
Polsinelli PC
400 W. 48th Place, Suite 900
Kansas City, Missouri 64116
816-550-7557
ddrake@polsinelli.com
MO Bar #43351

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF DENISE K. DRAKE - 5
(Case No. 2:24-cv-01265)



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

DKDRA\97263217.6